**United States District Court**
For the Northern District of California

1
2
3
4                     UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   BOARD OF TRUSTEES OF NORTHERN            No. C-05-00437 JCS
    CALIFORNIA SHEET METAL WORKERS,
8   ET AL.,
                                            **ORDER CONTINUING CASE**
9              Plaintiff(s),                **MANAGEMENT CONFERENCE**

10       v.

11  BOTNER MANUFACTURING INC,

12             Defendant(s).
    _____/
13

14       On July 21, 2005, Plaintiff's file a case management conference statement requesting that the case

15  management conference be continued to August 26, 2005, in order to provide time for the parties to settle

16  this case or file a motion for default judgment.

17       IT IS HEREBY ORDERED THAT the case management conference, currently set for

18  July 29, 2005, at 1:30 p.m., is continued to **September 2, 2005, at 1:30 p.m.**  A joint case management

19  conference statement shall be due by **August 26, 2005.**

20       IT IS SO ORDERED.

21

22  Dated:  July 22, 2005

23                                          /s/ Joseph C. Spero_____
                                            JOSEPH C. SPERO
24                                          United States Magistrate Judge

25

26

27

28